UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20461-CIV-KING

JUAN RIVERA, an individual, )
)
)
    Plaintiff, )
)
vs. )
)
UNITED STATES OF AMERICA, )
)
    Defendant. )
_____)

**NOTICE OF SETTLEMENT**

The undersigned Assistant United States Attorney, on behalf of the defendant, hereby notifies the Court that the parties have reached a verbal settlement agreement, which agreement will terminate the litigation.

Dated: March 17, 2011

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

    By: s/ Lawrence Rosen
    LAWRENCE ROSEN (Fl. Bar No.282911)
    Assistant United States Attorney
    E-mail: Larry.Rosen@usdoj.gov
    United States Attorney's Office
    99 N.E. 4th Street, Suite 300
    Miami, Florida 33132
    Tel: (305) 961-9321
    Fax: (305) 530-7139
    Counsel for Defendant

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this  17th  day of March, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

                                              s/ Lawrence Rosen
                                              LAWRENCE ROSEN
                                              Assistant United States Attorney

**SERVICE LIST**
Juan Rivera v. United States of America
Case 10-20461-CIV-KING
United States District Court, Southern District of Florida

Alexander J. Perkins, Esq.
Leesfield & Partners, P.A.
2350 South Dixie Highway
Miami, Fl.
33133

E-Mail:
Perkins@Leesfield.com

Tel: 305.854.4900
Fax: 305.854.8266

Counsel for Plaintiff

Lawrence Rosen
Assistant U.S. Attorney
E-mail: Larry.Rosen@usdoj.gov
U.S. Attorney's Office
99 NE 4th Street, Suite 300
Miami, Florida 33132
Tel: (305) 961-9321
Fax: (305) 530-7139

Attorney for Defendant
via Notices of Electronic Filing
generated by CM/ECF

   s/ Lawrence Rosen
   LAWRENCE ROSEN